UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN THE MATTER OF
JAMES EDMUND BAKER                    CIVIL NO. 3:02 GP 21 (PCD) (DLB)

ORDER TO SHOW CAUSE

Disciplinary proceedings in the above-captioned matter were initiated on December 10, 2002 pursuant to this Court's Local Rule 83.2 after which the Grievance Committee for the United States District Court of Connecticut filed its Presentment with the Court seeking action in the above-captioned matter.

It is hereby ORDERED THAT James Edmund Baker is to answer the Presentment in this matter **on or before thirty (30) days of service upon him of the Order to Show Cause by filing an original answer and four (4) copies with the office of the Clerk of this Court, 141 Church Street, New Haven, Connecticut 06510, to the attention of Victoria C. Minor, Chief Deputy Clerk,** showing cause why discipline should not be imposed. It is further ORDERED that a hearing on the matter shall be held on the 13th day of December, 2004 at 10:00 o'clock as provided in Local Rule 83.2(f)(2).

Dated at New Haven, Connecticut, this 28th day of October, 2004.

/s/
The Honorable Peter C. Dorsey
United States District Judge

Case 3:02-gp-00021-PCD   Document 6   Filed 10/29/2004   Page 2 of 2