## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRIEVANCE COMMITTEE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT | |
| VS. | No. 3:02 GP 21 (PCD) |
| JAMES EDMUND BAKER | |

### ORDER

IT IS HEREBY ORDERED that default shall enter against the Respondent, James Edmund Baker, for the following reasons:

    (a)    For failure to appear; and

    (b)    For failure to respond to the Court's Order to Show Cause.

It is also HEREBY ORDERED that Respondent is suspended for 91 days from the date of this Order.

Dated at New Haven, Connecticut, this 18th day of January, 2005.

SO ORDERED.

/s/ _____
Peter C. Dorsey, Senior, U.S. District Judge