UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 JUN -3 P 2: 34

U.S. DISTRICT COURT
NEW HAVEN, CT

GRIEVANCE COMMITTEE OF THE UNITED
STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

VS.                                          No. 3:02 GP 21 (PCD)
                                             Hon. Peter C. Dorsey
JAMES EDMUND BAKER

―――――――――――――――――――――――x

## MOTION FOR REINSTATEMENT FROM
## RECIPROCAL DISCIPLINE

**NOW COMES,** the undersigned attorney, JAMES EDMUND BAKER, Connecticut Juris No. 400446 and Florida Bar No. 866350 and requests immediate reinstatement to the Court from the 91 day reciprocal suspension imposed by the Court on January 18, 2005.

In accordance with the Court's Local Rule No. 83.2(i)(1), the undersigned has furnished the Court with the appropriate Affidavit demonstrating full and complete compliance with the suspension Order, which expired on or about April 21, 2005.

Also attached is a copy of a letter from The Florida Bar attesting to the undersigned membership in good standing. The undersigned is also presently a member in good standing with the Connecticut Bar as well.

The undersigned prays this relief be granted posthaste.

                        _____
                        JAMES EDMUND BAKER
                        Connecticut Juris No. 400446
                        Florida Bar No. 866350

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the original and one copy of this Motion For Reinstatement and the accompanying requisite Affidavit and documentation was mailed via U.S. Mail/Return Receipt Requested to Kevin R. Rowe, Clerk of the Court, United States District Court, District of Connecticut, 141 Church Street, Connecticut 06510 and copies of the same were forwarded via standard U.S. Mail to Robert Oliver, Chairman, Mulvey, Oliver & Gould, 83 Trumbull Street, New Haven, Connecticut 06510 And David Belt, Esq., Jacobs, Grudberg, Belt and Dow, 350 Orange Street, P.O. Box 606 New Haven, Connecticut 06503-0606 all on the date of May 31, 2005.

_____
JAMES EDMUND BAKER

UNITED STATES DISTRICT COURT
**DISTRICT OF CONNECTICUT**

In re: James Edmund Baker        3:02 GP 21 PCD   Hon. Justice Dorsey

---

### AFFIDAVIT OF JAMES EDMUND BAKER

---

**BEFORE ME,** the undersigned authority, personally appeared JAMES EDMUND BAKER, who, being duly sworn, deposes and says as follows:

1) In accordance with Local Rule 83.2(i)(1), the reciprocal discipline imposed, (91) days, was duly served and over on or about April 21, 2005 and affiant hereby requests immediate reinstatement as a member in good standing of both the Connecticut and Florida Bar's (See: Attachment "A" is Notice of Good Standing from The Florida Bar dated December 19, 2004).

2) Affiant's Connecticut Juris Number is 400446.

3) Affiant's Florida Bar Number is 866350.

4) Affiant is a member in good standing with both the Connecticut and Florida Bar's.

5) The Court's reciprocal suspension Order has been fully complied with by the Affiant.

**FURTHER AFFIANT SAYETH NAUGHT.**

JAMES EDMUND BAKER

State of Florida
County of Dade

The foregoing instrument was acknowledged before me this 31st day of May, 2005 by, _James E. Baker_, who is personally known to me.



ARLENE J. JORDAN
MY COMMISSION # DD 375493
EXPIRES: March 28, 2009
Bonded Thru Notary Public Underwriters



# The Florida Bar

JOHN F. HARKNESS, JR.  
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET  
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600  
WWW.FLABAR.ORG

State of Florida       )

County of Leon        )

                In Re:    866350  
                          James Edmund Baker  
                          Weiss Serota Helfman, et al  
                          2665 S. Bayshore Dr., Ste. 420  
                          Miami, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 18, 1990.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this _19th_ day of December, 2004.

*Willie Mae Shepherd*  
Willie Mae Shepherd  
Supervisor, Membership Records  
The Florida Bar

WMS/lpw9:R10